USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
RICHARD POZO, individually and on behalf    :
of all others similarly situated,           :
                           Plaintiff,       :
                                            :
              -against-                     :         22-CV-7382 (VEC)
                                            :
                                            :         ORDER
BLUEMERCURY, INC.,                          :
                                            :
                           Defendant.       :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on November 18, 2022, the parties appeared before the Undersigned for a

conference in this matter.

    IT IS HEREBY ORDERED that all discovery deadlines are stayed pending resolution of

the pending motion to dismiss.

**SO ORDERED.**

**Date:  November 18, 2022**                        **VALERIE CAPRONI**
**      New York, New York**                        **United States District Judge**