# EXHIBIT A

## STATE OF NEW YORK

_____

6077

2023-2024 Regular Sessions

## IN SENATE

March 28, 2023
_____

Introduced by Sen. MURRAY -- read twice and ordered printed, and when printed to be committed to the Committee on Labor

AN ACT to amend the labor law, in relation to wage claims for manual workers

The People of the State of New York, represented in Senate and Assembly, do enact as follows:

```
 1    Section 1. Subdivision 1-a of section 198 of the labor law, as amended
 2  by chapter 362 of the laws of 2015, is amended to read as follows:
 3    1-a. On behalf of any employee paid less than the wage to which he  or
 4  she  is  entitled under the provisions of this article, the commissioner
 5  may bring any legal action necessary, including  administrative  action,
 6  to  collect  such claim and as part of such legal action, in addition to
 7  any other remedies and penalties otherwise available under this article,
 8  the commissioner shall assess against the employer the  full  amount  of
 9  any  such  underpayment, and an additional amount as liquidated damages,
10  unless the employer proves a good faith basis  for  believing  that  its
11  underpayment of wages was in compliance with the law, provided, however,
12  that  the  provisions of this subdivision shall not apply to a violation
13  of paragraph a of subdivision one of section one hundred  ninety-one  of
14  this  article, provided that the employer had made full payment of wages
15  within fourteen calendar days after the end of the  week  in  which  the
16  wages  were earned, except in instances where an employer was subject to
17  a commissioner's order issued pursuant to section two  hundred  eighteen
18  of  this  chapter  to comply with section one hundred ninety-one of this
19  article. Liquidated damages shall be calculated by the  commissioner  as
20  no  more  than one hundred percent of the total amount of wages found to
21  be due, except such liquidated  damages  may  be  up  to  three  hundred
22  percent  of  the total amount of the wages found to be due for a willful
23  violation of section one hundred ninety-four of  this  article.  In  any
24  action  instituted  in the courts upon a wage claim by an employee or the
25  commissioner in which the employee prevails, the court shall allow  such
```

EXPLANATION--Matter in *italics* (underscored) is new; matter in brackets
            [-] is old law to be omitted.

                                                           LBD10496-01-3

```
 1  employee  to recover the full amount of any underpayment, all reasonable
 2  attorney's fees, prejudgment interest as required under the civil  prac-
 3  tice  law  and rules, and, unless the employer proves a good faith basis
 4  to  believe  that  its  underpayment of wages was in compliance with the
 5  law, an additional amount as liquidated damages  equal  to  one  hundred
 6  percent  of  the  total amount of the wages found to be due, except such
 7  liquidated damages may be up to  three  hundred  percent  of  the  total
 8  amount  of  the wages found to be due for a willful violation of section
 9  one hundred ninety-four of this article.
10    § 2. This act shall take effect immediately.
```

## STATE OF NEW YORK

_____

6108

2023-2024 Regular Sessions

## IN SENATE

March 29, 2023

_____

Introduced by Sen. MURRAY -- read twice and ordered printed, and when printed to be committed to the Committee on Labor

AN ACT to amend the labor law, in relation to the definition of manual worker

  The People of the State of New York, represented in Senate and Assembly, do enact as follows:

1  Section 1. Subdivision 4 of section 190 of the labor law, as added by
2  chapter 548 of the laws of 1966, is amended to read as follows:
3  4. "Manual worker" means a [mechanic, workingman or laborer] worker
4  whose primary duty is to engage in physical labor. The commissioner
5  shall adopt regulations establishing criteria for determining whether an
6  occupation meets the definition of "manual worker" and "physical labor",
7  and shall publish guidance listing specific occupations that are
8  presumed to meet this definition.
9  § 2. This act shall take effect immediately.

  EXPLANATION--Matter in _italics_ (underscored) is new; matter in brackets
                    [-] is old law to be omitted.
                                                            LBD10559-01-3

## STATE OF NEW YORK

_____

        361

     2023-2024 Regular Sessions

## IN SENATE

### (Prefiled)

     January 4, 2023
         _____

Introduced by Sen. THOMAS -- read twice and ordered printed, and when printed to be committed to the Committee on Labor

AN ACT to amend the labor law, in relation to remedies for payment of wage violations

  The People of the State of New York, represented in Senate and Assembly, do enact as follows:

1  Section 1. Section 198 of the labor law is amended by adding a new
2  subdivision 1-c to read as follows:
3    1-c. An employee may bring a private action for a violation of section
4  one hundred ninety-one of this article. If the employee prevails he or
5  she shall be awarded one thousand dollars for a first violation, two
6  thousand dollars for a second violation and three thousand dollars for a
7  third or subsequent violation.
8    § 2. This act shall take effect immediately.

 EXPLANATION--Matter in **italics** (underscored) is new; matter in brackets
                      [-] is old law to be omitted.
                                                            LBD01644-01-3