USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/22/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
RICHARD POZO and KAYLA LAWSON, individually and on behalf of all others similarly situated,

                  Plaintiffs,

-against-

BLUEMERCURY, INC.,

                  Defendant.
------------------------------------------------------------- X

22-CV-7382 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on November 18, 2022, the Court stayed discovery pending resolution of the motion to dismiss, Dkt. 16;

    WHEREAS on August 3, 2023, the Court dismissed the Complaint without prejudice and with leave to file an Amended Complaint, Dkt. 34; and

    WHEREAS on August 18, 2023, Plaintiff filed an Amended Complaint, Dkt. 35;

    IT IS HEREBY ORDERED that discovery is no longer stayed. Not later than **August 30, 2023**, the parties must submit a joint letter with proposed next steps, including a case management plan as described in the Undersigned's Individual Rules, and a statement as to whether the parties request a referral to the assigned Magistrate Judge or to the Court-annexed mediation department for a settlement conference.

**SO ORDERED.**

Date: **August 22, 2023**
       **New York, New York**

                                        **VALERIE CAPRONI**
                                        **United States District Judge**