## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD POZO AND KAYLA LAWSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLUEMERCURY, INC.,<br><br>Defendant. | Civil Action No.: 22-cv-07382-VEC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties, that the individual claims of Plaintiffs Richard Pozo and Kayla Lawson be dismissed in their entirety as to all parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice and without costs and fees to any party. The parties further stipulate and agree that the class claims against Defendant be dismissed in their entirety as to all parties, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). No party hereto is an infant or incompetent.

| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>*1330 Avenue of the Americas*<br>*New York, NY 10019*<br>*Attorneys for Plaintiff* | **NUKK-FREEMAN & CERRA, P.C.**<br>*26 Main Street, Suite 202*<br>*Chatham, NJ 07928*<br>*Attorneys for Defendant Bluemercury, Inc.* |
| By: *[signature: Y. Kopel]*<br>Yitzchak Kopel, Esq. | By: *[signature]*<br>Kegan S. Andeskie, Esq. |
| Dated: Feb. 7, 2024 | Dated: Feb. 7, 2024 |